# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| FRED C. LAMPLEY, | * |
| Plaintiff, | * CIVIL ACTION NO. 13-00279-B |
| vs. | * |
| CAROLYN W. COLVIN,<br>Commissioner of Social Security, | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability, disability insurance benefits, and supplemental security income be **AFFIRMED**.

**DONE** this **23rd** day of **September, 2014**.

/s/ SONJA F. BIVINS
UNITED STATES MAGISTRATE JUDGE